THE STATE OF OHIO, APPELLANT, *v.* JORDAN, APPELLEE.

[Cite as *State v. Jordan,* **128 Ohio St.3d 268, 2011-Ohio-737.**]

*Discretionary appeal accepted and judgment of the court of appeals reversed in part on the authority of State v. Hodge.*

(No. 2010-1868 — Submitted February 1, 2011 — Decided February 22, 2011.)

APPEAL from the Court of Appeals for Trumbull County, No. 2009-T-0110, 2010-Ohio-5183.

_____

{¶ 1} The discretionary appeal is accepted.

{¶ 2} The portion of the judgment of the court of appeals addressing appellant's first assignment of error below is reversed on the authority of *State v. Hodge*, 128 Ohio St.3d 1, 2010-Ohio-6320, 941 N.E.2d 768.

O'CONNOR, C.J., and PFEIFER, LUNDBERG STRATTON, O'DONNELL, LANZINGER, CUPP, and MCGEE BROWN, JJ., concur.

_____

Dennis Watkins, Trumbull County Prosecuting Attorney, and LuWayne Annos, Assistant Prosecuting Attorney, for appellant.

_____